# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

Samantha Welborn                )
                                )
    Plaintiff(s),            )
                                )  Case No.: 1:24-cvs-00538
v.                              )
                                )
Signiture Aviation USA, LLC d/b/a )
Signiture TechnicAir-Int, et al.  )
    Defendant(s).           )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__Signiture Flight Support LLC__ who is __Defendant__,
(Name of Party)                     (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

       ( ) Yes    (✓) No

2. Does party have any parent entities?

       (✓) Yes    ( ) No

   If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
   Signature Aviation USA, LLC; BBA Aviation Finance; Signature Aviation US Holdings, Inc.; Signature Aviation Limited; Brown Minority LLC; Brown Group Holding, LLC; Brown Bidco Limited; Brown Midco Limited; Brown Topco Limited; Signature Aviation US TopCo LLC; Signature Aviation US Holdco LP; Signature Aviation US Holdings GP LLC; Cascase Investment, LLC; Global Infrastructure Partners Funds; Blackstone Funds

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

    ( ) Yes      (✓) No

If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes      (✓) No

If yes, identify all such owners: _____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes      (✓) No

If yes, identify entity and nature of interest: _____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of Signature Flight Support LLC and, in diversity cases, their states of citizenship:
(name of LLC or LP party)

| Signature Aviation USA, LLC | Delaware (incorporation); Florida (PPB) |
|---|---|
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |

2

Note: If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page. If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| _C. Daniel Atkinson_ | _06-28-2024_ |
|---|---|
| (Signature) | (Date) |