**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

Samantha Welborn )
)
Plaintiff(s), )
)
) **Case No.:** 1:24-cv-00538
v. )
)
Signiture Aviation USA, LLC d/b/a )
Signiture TechnicAir-Int, et al. ➕ )
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER**
**ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATION, PARTNERSHIP, TRUST, LIMITED LIABILITY COMPANY, OR OTHER SIMILAR ENTITY THAT IS A PARTY TO, OR THAT APPEARS IN, AN ACTION OR PROCEEDING IN THIS COURT. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Signature Flight Support Acquisition Co., LLC who is Defendant ,
(Name of Party)                                     (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?

( ) Yes                    (✓) No

2.    Does party have any parent entities?

(✓) Yes                    (  ) No

If yes, identify all parent entities including grandparent, great-grandparent, etc.: _____
Signature Aviation USA, LLC (this entity was merged into Signature Flight Support, LLC, on October 31, 2020, so its answers are identical to that of Signature Flight Support, LLC)

3. Does party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

        ( ) Yes                (✓) No

If yes, identify all subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding: _____

_____

_____

4. Is 10% or more of the stock of the party owned by a publicly held corporation or other publicly held entity?

        ( ) Yes                (✓) No

If yes, identify all such owners: _____

_____

_____

5. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        ( ) Yes                (✓) No

If yes, identify entity and nature of interest: _____

_____

_____

6. In all cases, pursuant to Fed.R.Civ.P.7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of Signature Flight Support, LLC, as successor, and, in diversity cases, their states of citizenship:

(name of LLC or LP party)

| Signature Aviation USA, LLC | Delaware (incorporation); Florida (PPB) |
|---|---|
| (name of member or partner) | (state of citizenship) |
| | |
| (name of member or partner) | (state of citizenship) |
| | |
| (name of member or partner) | (state of citizenship) |
| | |
| (name of member or partner) | (state of citizenship) |

2

Note:  If there are additional members or partners, provide their names, and in diversity cases states of citizenship, on a separate page.  If any of the members or partners are an LLC or LP, provide the names, and in diversity cases states of citizenship, of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.  *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

| C. Daniel Atkinson | 06-28-2024 |
|:---:|:---:|
| (Signature) | (Date) |

3