| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:24-CV-00538 |
|---|---|
| Name of Plaintiff(s): SAMANTHA WELBORN | |
| VERSUS Name of Defendant(s): SIGNATURE AVIATION USA, LLC, et al. | **REPORT OF MEDIATOR** *(For Placement on the CM/ECF Docket)* |
| Mediator Name: EDWIN W. BOWDEN | |
| Telephone No.: 336-749-4547 E-Mail Address: ED@BOWDENGARDNER.COM | ☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

☒ was held on ___5/14/25___ (date)

☐ was NOT held because _____

2. **Attendance**

☒ No Objection was made on the grounds that any required attendee was absent.

☐ Objection was made by _____

3. **Outcome**

☐ Complete settlement of the case

☐ Conditional settlement or other disposition

☐ Partial settlement of the case

☐ Recess (i.e., mediation to be resumed at a later date)

☒ Impasse

☐ Additional Information: _____

4. **Settlement Filings**

a) The document(s) to be filed to effort the settlement are _____
_____

b) The person responsible for filing the document(s) is _____

c) The agreed deadline for filing the document(s) is _____

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

___*Ed W Bowden*___          ___4/25/25___
Mediator Signature                    Date

**RECEIVED**
**By Melisa Bond at 9:50 am, Apr 30, 2025**